# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 10-3083**   **September Term, 2013**

1:04-cr-00446-TFH-49
1:04-cr-00446-TFH-51

**Filed On:** October 15, 2013

United States of America,

    Appellee

    v.

Juan Jose Martinez Vega, also known as
Chiguiro, also known as Gentil Alvis Patino,

    Appellant

------------------------------
Consolidated with 10-3084

**BEFORE:**   Henderson, Griffith, and Kavanaugh, Circuit Judges

### O R D E R

Upon consideration of the joint proposed briefing format and the supplement thereto, it is

**ORDERED** that the following briefing format and schedule apply in these consolidated cases:

| | |
|---|---|
| Joint Brief for Appellants (not to exceed 24,000 words) | 01/31/14 |
| Joint Appendix | 01/31/14 |
| Brief for Appellee (not to exceed 24,000 words) | 05/05/14 |
| Joint Reply Brief (not to exceed 12,000 words) | 07/07/14 |

The parties will be notified by separate order of the oral argument date and composition of the merits panel.

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 10-3083**　　　　　　　　　　　　　**September Term, 2013**

    Parties are strongly encouraged to hand deliver the paper copies of their briefs to the Clerk's office on the date due.  Filing by mail may delay the processing of the brief.  Additionally, counsel are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail.  <u>See</u> Fed. R. App. P. 25(a).  All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover.  <u>See</u> D.C. Cir. Rule 28(a)(8).

**<u>Per Curiam</u>**