# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 10-3083                                           September Term, 2013

1:04-cr-00446-TFH-49
1:04-cr-00446-TFH-51

**Filed On:** July 9, 2014

United States of America,

       Appellee

       v.

Juan Jose Martinez Vega, also known as Chiguiro, also known as Gentil Alvis Patino,

       Appellant

------------------------------

Consolidated with 10-3084

       **BEFORE:**    Rogers, Kavanaugh, and Wilkins, Circuit Judges

## O R D E R

Upon consideration of the motion to extend time to file brief, the responses thereto, and the reply, it is

**ORDERED** that the motion be granted. The following schedule will now apply:

| | |
|---|---|
| Appellants' Brief | September 15, 2014 |
| Appendix | September 15, 2014 |
| Appellee's Brief | December 15, 2014 |
| Appellants' Reply Brief | February 13, 2015 |

The court will look with disfavor on any further requests to extend the time to file appellants' opening brief.

**Per Curiam**

                                                    **FOR THE COURT:**
                                                    Mark J. Langer, Clerk

                          BY:    /s/
                                  Timothy A. Ralls
                                  Deputy Clerk